APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

George Gautherin and Cathleen Gautherin

v.                    :           Civil Action
                      :           No: 2:15-cv-01443-ER
GEICO                 :

DISCLOSURE STATEMENT FORM

Please check one box:

☐   The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒   The nongovernmental corporate party, Geico General Insurance Company, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

The parent corporation of GEICO General Insurance Company is GEICO which is owned by GEICO Corporation. GEICO Corporation is a wholly owned subsidiary of National Indemnity Company, and an indirect wholly-owned subsidiary of Berkshire Hathaway, Inc., a publicly held corporation.

5/26/15                              _[signature]_
Date                                 Signature

Counsel for: _Defendant, GEICO_

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a)  WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
      (1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

      (2)  states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
      (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
      (2)  promptly file a supplemental statement if any required information changes.