IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE GAUTHERIN, ET AL.** | : CIVIL ACTION |
| | : |
| V. | : NO.: 15-CV-01443 |
| | : |
| **GEICO GENERAL INSURANCE COMPANY** | : |

## O R D E R

**AND NOW,** on this **14th** day of **April, 2016,** the parties having advised the Court that they have agreed to submit this case to binding arbitration, it is hereby **ORDERED** that this case is **DISMISSED.**

**IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**